UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY
**Case Number: 15-24341-CIV-MARTINEZ-GOODMAN**

IN THE MATTER OF THE:

COMPLAINT OF MARCY RAE OFFIELD
AS OWNER OF A 30' 2008 CONCEPT
MOTOR VESSEL (HIN #DDCPF874G708)
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY

    Petitioner.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Petitioner Marcy Rae Offield as owner of the 2008 30' Concept motor vessel and Claimant the Estate of Lauren J. Lamar's Joint Stipulation for Voluntary Dismissal with Prejudice [ECF No. 37]. It is:

**ORDERED AND ADJUDGED** as follows:

1. The claim by the Estate of Lauren J. Lamar is **DISMISSED with prejudice**. Each party shall bear their own attorneys' fees and costs.

2. This case is **CLOSED**. The Court reserves jurisdiction to rule on Petitioner's Motion for Release of Funds from the Registry of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of June, 2018.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record